# EXHIBIT "1"

**Accounts Receivable Aged Invoice Report**
**Sorted by Customer Number**
**All Open Invoices - Aged as of 2/17/2017**

| Customer/Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days |
|---|---|---|---|---|---|---|---|
| DIGG | Digital Gadgets, LLC. | | Contact: | | | Phone: | |
| 12/14/2016 | 0038026-IN | 12/14/2016 | | 0.00 | 214,320.00 | 0.00 | 0. |
| 12/14/2016 | 0038029-IN | 12/14/2016 | | 0.00 | 63,840.00 | 0.00 | 0. |
| 12/15/2016 | 0038122-IN | 12/15/2016 | | 0.00 | 63,840.00 | 0.00 | 0. |
| ➤12/21/2016 | 0038517-IN | 12/21/2016 | | 0.00 | ➤605,530.00 | 0.00 | 605,530. |
| 12/28/2016 | 0039346-IN | 2/26/2017 | 1/27/2017 | 5,366.40 | 268,320.00 | 268,320.00 | 0. |
| 12/29/2016 | 0039448-IN | 12/29/2016 | | 0.00 | 268,320.00 | 0.00 | 268,320. |
| 12/30/2016 | 0039703-IN | 2/28/2017 | 1/29/2017 | 5,366.40 | 268,320.00 | 268,320.00 | 0. |
| 1/3/2017 | 0039707-IN | 1/3/2017 | | 0.00 | 268,320.00 | 0.00 | 268,320. |
| 1/4/2017 | 0040332-IN | 3/5/2017 | 2/3/2017 | 3,508.80 | 175,440.00 | 175,440.00 | 0. |
| | | Customer DIGG Totals: | | 14,241.60 | 2,196,250.00 | 712,080.00 | 1,142,170. |
| | | Report Totals: | | 14,241.60 | 2,196,250.00 | 712,080.00 | 1,142,170. |
| | | Number of Customers: | 1 | | | | |

EXHIBIT "1"

EXHIBIT "2"

| Date | PO | Black | Blue | Red | White | Total | Price | Amount | Payment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2016 | 20161209-1st | 336 | | | 240 | 576 | $ 190.00 | $ 109,440.00 | | | | |
| 12/9/2016 | 20161209-2nd | 96 | 240 | | | 336 | $ 190.00 | $ 63,840.00 | | | | |
| 12/9/2016 | 20161209-3rd | 144 | 48 | | 144 | 336 | $ 190.00 | $ 63,840.00 | | | | |
| 12/12/2016 | 20161212-4th | | 462 | 750 | | 1212 | $ 190.00 | $ 230,280.00 | | Payment | | |
| 12/12/2016 | 20161212-5th | 174 | | | 366 | 540 | $ 190.00 | $ 102,600.00 | $ 570,000.00 | | | |
| 12/14/2016 | 20161214-7th | 336 | | | | 336 | $ 190.00 | $ 63,840.00 | $ 99,460.00 | | | |
| 12/14/2016 | 20161214-6th | 528 | | 600 | | 1128 | $ 190.00 | $ 214,320.00 | $ 95,850.00 | | | |
| 12/15/2016 | 20161214-8th | 336 | | | | 336 | $ 190.00 | $ 63,840.00 | $ 43,390.00 | price discrepancy | 1613 @160.00 | |
| | | 1950 | 750 | 750 | 1350 | 4800 | | $ 912,000.00 | $ 808,700.00 | $ 103,300.00 | | |

| Date | PO | Black | Blue | Red | White | Total | Price | Amount | Payment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2016 | 6909-1 | | 624 | 624 | | 1248 | $ 160.00 | $ 199,680.00 | Payment | | |
| 12/28/2016 | 6909-2 | | 1008 | 240 | | 1248 | $ 160.00 | $ 199,680.00 | $ - | | |
| 12/29/2016 | 6909-3 | 1152 | 96 | | | 1248 | $ 160.00 | $ 199,680.00 | $ - | | |
| 12/30/2016 | 6909-4 | 288 | | | 960 | 1248 | $ 160.00 | $ 199,680.00 | $ - | | |
| 1/4/2017 | 6909-5 | 432 | 96 | 288 | | 816 | $ 160.00 | $ 130,560.00 | | | |
| | | 1872 | 1824 | 1152 | 960 | 5808 | | $ 929,280.00 | $ - | $ 929,280.00 | |

Balance Owe  $ 1,032,580.00

| Date | PO | Black | Blue | Red | White | Total | Price | Amount | Note |
|---|---|---|---|---|---|---|---|---|---|
| 3/7/2017 | 7173 | 2 | | 5 | | 7 | $ 160.00 | $ 1,120.00 | Paid by Wire |
| 3/20/2017 | 7216 | 1 | | | | 1 | $ 160.00 | $ 160.00 | Paid Credit Card |

Total Amount Due:  $ 1,135,880.00  Carry over of balance $103,300.00 from first order

EXHIBIT "2"

r and $1,032,580.00 from second order

EXHIBIT "2"