Roger C. Hsu - SBN 170589
Joseph M. Liu - SBN 220938
LAW OFFICES OF ROGER C. HSU
175 South Lake Avenue, Suite 210
Pasadena, CA 91101
Telephone: (626) 792-7936
Facsimile: (626) 685-2859
rchlaw@att.net
joseph@liu.com

Attorneys for Plaintiff/Counter Defendant Interworks Unlimited, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation,<br><br>Plaintiff,<br>v.<br><br>Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>Defendant.<br>_____<br>Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>Counterclaimant,<br>v.<br><br>Interworks Unlimited, Inc., a California corporation,<br><br>Counter-defendant<br>_____ | **Case No. 2:17-cv-4983 AB TJH KSx)**<br><br>**PLAINTIFF/COUNTER DEFENDANT INTERWORKS UNLIMITED, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS**<br><br>Date:        December 17, 2018<br>Time:       UNDER SUBMISSION<br>Courtroom: 9B |

- 1

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT on the above referenced date, time and Courtroom located at the above entitled Court located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff/Counter Defendant Interworks Unlimited, Inc. ("Plaintiff") will and hereby does move the Court for summary judgment or, in the alternative, for summary adjudication of the claims set forth in its Complaint and in the Counterclaim filed by Defendant/Counterclaimant Digital Gadgets, LLC. ("Defendant").  The basis for the motion is that there are no genuine issue as to the following material facts: (1) Plaintiff and Defendant entered into a contract for the sale and purchase of $1,792,890.00 worth of hoverboards; (2) Plaintiff delivered the hoverboards; (3) the Defendant accepted the merchandise; (4) Defendant never rejected the hoverboards; (5) Defendant never revoked acceptance; (6) Defendant retained the hoverboards; (7) Defendant sold the hoverboards through a third party; (8) Defendant never gave the Plaintiff the required statutory notice for any defective or nonconforming merchandise; (9) Defendant never provided any evidence that it suffered any damages as a result of any breach or nonconforming hoverboards; (10) there was never any exclusivity agreement between the Plaintiff and Defendant; (11) even if there was, it was never in writing; (12) there is no evidence of any claims being filed against the Defendant in connection with the hoverboards; (13) Defendant waived any alleged fraud be keeping the hoverboards after discovery of an alleged nonconformity; (14) Defendant has only paid the Plaintiff $765,310.00 and (15) Defendant is, thus, indebted to Plaintiff for $1,027,580.00;

Thus, the Plaintiff is entitled to judgment or, alternatively, an adjudication of claims, as a matter of law on the Complaint and the Counterclaim;

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusion of Law, the Exhibits and Evidence in

Support of Motion for Summary Judgment, the Declarations of Eric Lu and Roger C. Hsu, all pleadings and papers on file in this action, and, if applicable, upon such other matters as may be presented to the Court at the time of any related hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 2, 2018.

Date: November 12, 2018 By: /s/ Joseph M. Liu, Esq. .
Joseph M. Liu, Esq.
Attorneys for Plaintiff/Counter Defendant Interworks Unlimited, Inc.