# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>    Defendant.<br><br>Digital Gadgets, LLC, a New Jersey limited liability company,<br><br>    Counterclaimant,<br><br>v.<br><br>Interworks Unlimited, Inc., a California corporation,<br><br>    Counter-defendant. | Case No. **2:17-cv-4983 TJH KSx)**<br><br>**ORDER GRANTING DEFENDANT/COUNTERCLAIMANT DIGITAL GADGETS, LLC APPLICATION FOR ORDER TO FILE UNDER SEAL [42]**<br><br>*[Application filed concurrently herewith]*<br><br>Date: January 7, 2019<br>Time: Under Submission<br>Courtroom: 9B |

The Court, having reviewed the Application of Defendant/Counterclaimant, DIGITAL GADGETS, LLC, ("DIGITAL"), through its undersigned counsel of record, applying for an Order to File Exhibits 11, 16 and 18 to the Declaration of Harlan M. Lazarus in support of Application for Order to File Under Seal, and finding good cause, **IT IS HEREBY ORDERED THAT:**

1    DIGITAL shall file Exhibits 11, 16 and 18 to the Declaration under seal
2 pursuant to a protective order approved by the United States District Court for the
3 Eastern District of Pennsylvania as the exhibits contain sensitive confidential
4 information relative to the business operations of QVC, Inc. *See* Exhibit 25 to the
5 Declaration of Harlan M. Lazarus, Esq.  Counsel are further ordered to re-file the
6 Declaration [DKT NO. 44] of Harlan M. Lazarus **without** Exhibits 11, 16, and 18.

8    IT IS SO ORDERED, ADJUDICATED and DECREED this 13th day of
9 December, 2018.

*[signature: Terry J. Hatter, Jr.]*

HON. TERRY J. HATTER, JR.
US DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER TO FILE EXHIBITS UNDER SEAL

/4684.001