MARK D. BRUTZKUS - Bar No. 128102
MICHAEL A. BERNET - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: mbrutzkus@bg.law
        mbernet@bg.law

HARLAN M. LAZARUS *(Admitted Pro Hac Vice)*
LAZARUS & LAZARUS P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400
Email: hlazarus@lazarusandlazarus.com

Attorneys for Defendant/Counterclaimant, **DIGITAL GADGETS, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>    Defendant.<br><br>Digital Gadgets, LLC, a New Jersey limited liability company,<br><br>    Counterclaimant,<br><br>    v.<br><br>Interworks Unlimited, Inc., a California corporation,<br><br>    Counter-defendant. | Case No. **2:17-cv-4983 TJH (KSx)**<br><br>**DECLARATION OF HARLAN M. LAZARUS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 7, 2019<br>Time: Under Submission<br>Courtroom: 9B |

1. I am counsel for Defendant in this matter and have personal knowledge of the facts set forth herein.

2. Attached herewith as Exhibit 1 is a true and correct copy of a Certified UCC Search which my law firm obtained from the Secretaries of State for California and New York.

3. Attached herewith as Exhibit 2 is a true and correct copy of the Master Purchase and Sale Agreement between Bibby Financial Services, Inc. and Interworks Unlimited, Inc. which was produced in discovery in this case.

4. Attached herewith as Exhibit 3 is a true and correct copy of the Bibby Financial Services, Inc., UCC Financing Statement and Amendments which was produced in discovery in this case.

5. Attached herewith as Exhibit 4 is a true and correct copy of the Agreement for the Purchase and Sale of Future Receipts between Cash Capital Group, LLC and Interworks Unlimited, Inc. which was produced in discovery in this case.

6. Attached herewith as Exhibit 5 is a true and correct copy of the Cash Capital Group, LLC Financing Statement and Termination Statement which was produced in discovery in this case.

7. Attached herewith as Exhibit 6 is a true and correct copy of the Letter to Digital Gadgets, LLC from Cash Capital Group, LLC's attorney Rubin Law Firm which was produced in discovery in this case.

8. Attached herewith as Exhibit 7 is a true and correct copy of the Deposition Transcript of Eric Lu in this case.

9. Attached herewith as Exhibit 8 is a true and correct copy of email correspondences between Defendant and Plaintiff which was produced in discovery in this case.

10. Attached herewith as Exhibit 9 is a true and correct copy of correspondence from QVC, Inc. to Defendant, June 1, 2017 which was produced in discovery in this case.

11. Attached herewith as Exhibit 10 is a true and correct copy of the Deposition

DECL. OF HARLAN LAZARUS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

transcript of Charles Tebele, authorized representative of Defendant which was produced in discovery in this case.

12. Attached herewith as Exhibit 11 is a true and correct copy of T34764 QVC, Inc. Quality Assurance Report which was produced in discovery in this case.

13. Attached herewith as Exhibit 12 is a true and correct copy of Email correspondence from Eric Lu to Chris Mitchell May 10, 2017 which was produced in discovery in this case.

14. Attached herewith as Exhibit 13 is a true and correct copy of Email correspondence from Chris Mitchell to Eric Lu, May 15, 2017 which was produced in discovery in this case.

15. Attached herewith as Exhibit 14 is a true and correct copy of Email correspondence between Plaintiff and Defendant, dated June 7, 2017 which was produced in discovery in this case.

16. Attached herewith as Exhibit 15 is a true and correct copy of Email correspondence between QVC and Defendant, dated June 30, 2017 which was produced in discovery in this case.

17. Attached herewith as Exhibit 16 is a true and correct copy of Deposition Transcript of Meghan Kane, Account Manager for Performance Marketing of QVC, with redacted pursuant to a protective order issued by the United States District Court for the Eastern District of Pennsylvania.

18. Attached herewith as Exhibit 17 is a true and correct copy of Email correspondence between Plaintiff and Defendant, dated March 1, 2017 which was produced in discovery in this case.

19. Attached herewith as Exhibit 18 is a true and correct copy of Spreadsheet produced by QVC showing sales of hoverboards, redacted pursuant to a protective order issued by the United States District Court for the Eastern District of Pennsylvania which was produced in discovery in this case.

20. Attached herewith as Exhibit 19 is a true and correct copy of First T35011 QVC

1  Quality Assurance Report which was produced in discovery in this case.

2  21. Attached herewith as Exhibit 20 is a true and correct copy of Second T35011
3  QVC Quality Assurance Report which was produced in discovery in this case.

4  22. Attached herewith as Exhibit 21 is a true and correct copy of Email
5  Correspondence between Defendant and Plaintiff which was produced in discovery
6  in this case.

7  23. Attached herewith as Exhibit 22 is a true and correct copy of First Order Bill of
8  Lading which was produced in discovery in this case.

9  24. Attached herewith as Exhibit 23 is a true and correct copy of Second Order
10  Purchase Order which was produced in discovery in this case.

11  25. Attached herewith as Exhibit 24 is a true and correct copy of Second Order Bill of
12  Lading which was produced in discovery in this case.

13  26. Attached herewith as Exhibit 25 is a true and correct copy of a protective order
14  approved by the United States District Court for the Eastern District of
15  Pennsylvania.

18  Dated:  December 10, 2018            LAZARUS AND LAZARUS, P.C.

                                         By: /s/ Harlan M. Lazarus
                                         HARLAN M. LAZARUS, ESQ.
                                         Attorneys for Defendant/Counter-
                                         claimant, **DIGITAL GADGETS, LLC**

DECL. OF HARLAN LAZARUS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT