MARK D. BRUTZKUS - Bar No. 128102
MICHAEL A. BERNET - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:          (818) 827-9000
Facsimile:          (818) 827-9099
Email:              mbrutzkus@bg.law
                    mbernet@bg.law

HARLAN M. LAZARUS (Admitted Pro Hac Vice)
LAZARUS & LAZARUS P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone:  (212) 889-7400
Email:              hlazarus@lazarusandlazarus.com

Attorneys for Defendant/Counterclaimant, **DIGITAL GADGETS, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation, | ) **Case No. 2:17-cv-4983 TJH (KSx)** |
| Plaintiff, | ) **DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)** |
| v. | ) |
| Digital Gadgets, LLC., a New Jersey limited liability company, | ) *[Memorandum of Points and Authorities, Declaration of Harlan Lazarus, and [Proposed] Order Filed Concurrently Herewith]* |
| Defendant. | ) |
| Digital Gadgets, LLC., a New Jersey limited liability company, | ) |
| Counterclaimant, | ) **DATE:  UNDER SUBMISSION** |
| v. | ) **COURTROOM: 9B** |
| Interworks Unlimited, Inc., a California corporation, | ) |
| Counter-defendant | ) |

**NOTICE OF MOTION TO DISMISS**

1    **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

2          **PLEASE TAKE NOTICE** that Defendant/Counterclaimant, DIGITAL

3    GADGETS, LLC will and hereby does move this Court for an order dismissing this

4    matter for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (the

5    "Motion").

6          This Motion is based on this Notice of Motion, the Memorandum of Points and

7    Authorities filed concurrently herewith, the Declaration of Harlan M. Lazarus, the

8    papers and pleadings on file herein, and upon such other evidence and argument as may

9    be presented prior to or at the hearing (should the Court schedule a hearing) of this

10   Motion.

11         This Motion is made following the conference of counsel pursuant to L.R. 7-3,

12   which took place by telephone on June 13, 2019.  (Lazarus Decl. ¶ 6.)

13

14

15   Dated:  July 1, 2019                    LAZARUS AND LAZARUS, P.C.

16                                           By: /s/ Harlan M. Lazarus

17                                               HARLAN M. LAZARUS, ESQ.
                                             Attorneys for Defendant/Counter-
18                                           claimant, **DIGITAL GADGETS, LLC**

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION TO DISMISS**