MARK D. BRUTZKUS - Bar No. 128102
MICHAEL A. BERNET - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: mbrutzkus@bg.law
mbernet@bg.law

HARLAN M. LAZARUS (Admitted Pro Hac Vice)
LAZARUS & LAZARUS P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400
Email: hlazarus@lazarusandlazarus.com

Attorneys for Defendant/Counterclaimant, **DIGITAL GADGETS, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation, <br><br> Plaintiff, <br> v. <br><br> Digital Gadgets, LLC., a New Jersey limited liability company, <br><br> Defendant. <br>——————————————<br> Digital Gadgets, LLC., a New Jersey limited liability company, <br><br> Counterclaimant, <br> v. <br><br> Interworks Unlimited, Inc., a California corporation, <br><br> Counter-defendant | **Case No. 2:17-cv-4983 TJH (KSx)** <br><br> **NOTICE OF HEARING CONCERNING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)** <br><br> **DATE: JULY 29, 2019** <br> **TIME: UNDER SUBMISSION** <br> **COURTROOM: 9B** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's instructions, Defendant/Counterclaimant, DIGITAL GADGETS, LLC hereby files this notice that it will move this Court on July 29, 2019 for an order dismissing this matter for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) on January 29, 2019 (the "Motion").

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities and the Declaration of Harlan M. Lazarus, previously filed on July 1, 2019 (ECF Doc 61), the papers and pleadings on file herein, and upon such other evidence and argument as may be presented.

Dated:  July 2, 2019               LAZARUS AND LAZARUS, P.C.

                                   By: /s/ Harlan M. Lazarus
                                       HARLAN M. LAZARUS, ESQ.
                                   Attorneys for Defendant/Counter-
                                   claimant, **DIGITAL GADGETS, LLC**