1  Roger C. Hsu - SBN 170589
2  Joseph M. Liu - SBN 220938
   LAW OFFICES OF ROGER C. HSU
3  175 South Lake Avenue, Suite 210
   Pasadena, CA 91101
4  Telephone:  (626) 792-7936
5  Facsimile:  (626) 685-2859
   rchlaw@att.net
6  joseph@liu.com
7
8  Attorneys for Plaintiff/Counter Defendant Interworks Unlimited, Inc.
9  Harlan M. Lazarus (Admitted Pro Hac Vice)
10 Lazarus and Lazarus, P.C.
   240 Madison Avenue, 8th Floor
11 New York, NY 10016
12 Telephone: (212) 889-7400
   hlazarus@lazarusandlazarus.com
13
14 Attorneys for Defendant/Counterclaimant Digital Gadgets, LLC
15
16                    **UNITED STATES DISTRICT COURT**
17                    **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation, | Case No. 2:17-cv-4983 TJH (KSx) |
| Plaintiff, | **STIPULATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)** |
| v. | |
| Digital Gadgets, LLC., a New Jersey limited liability company, | |
| Defendant. | Current Hearing Date:   July 29, 2019 |
| _____ | [Proposed] New Hearing Date: August 5, 2019 |
| Digital Gadgets, LLC., a New Jersey limited liability company, | |

- 1

```
                                    )
            Counterclaimant,        )
       v.                           )
                                    )
Interworks Unlimited, Inc., a California )
corporation,                        )
                                    )
            Counter-defendant       )
```

Plaintiff/Counter Defendant Interworks Unlimited, Inc. ("Plaintiff") and Defendant/Counterclaimant Digital Gadgets, LLC. ("Defendant") hereby state and stipulate the following:

1. Whereas on July 1, 2019, Defendant filed and served Plaintiff with Defendant's Motion to Dismiss.
2. Whereas on July 2, 2019 Defendant's counsel was advised by the Court to file a Notice of Hearing concerning Defendant's Motion to Dismiss.
3. Whereas on July 2, 2019, Defendant promptly filed a Notice of Hearing notifying the parties that the motion was scheduled for July 29, 2019.
4. Whereas counsel for both parties have met and conferred concerning issues relating to service of the notice.
5. Thus, counsel for both parties have stipulated, subject to the Court's approval, to continue the hearing date for the Motion to Dismiss to August 5, 2019.
6. Thus, counsel for both parties have further stipulated, subject to the Court's approval, that Plaintiff shall have until July 15, 2019 to file its opposition and Defendant shall have until July 29, 2019 to file its reply.
7. There has been no prior request to continue hearing date for the Motion to Dismiss.

**It is so stipulated.**

Date: July 3, 2019                    By:   /s/ Joseph M. Liu, Esq.        .

|   |   |
|---|---|
| | Joseph M. Liu, Esq. |
| | Attorneys for Plaintiff/Counter |
| | Defendant Interworks Unlimited, Inc. |
| | |
| Date: July 3, 2019 | By: /s/ Harlan M. Lazarus, Esq.          . |
| | Harlan M. Lazarus, Esq. |
| | Attorneys for Defendant/ |
| | Counterclaimant Digital Gadgets, LLC. |

### Attestation of Signature

I, Joseph M. Liu, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 3, 2019                                             By:     /s/ Joseph M. Liu   .

- 3