1  Roger C. Hsu - SBN 170589
2  Joseph M. Liu - SBN 220938
   LAW OFFICES OF ROGER C. HSU
3  175 South Lake Avenue, Suite 210
   Pasadena, CA 91101
4  Telephone:  (626) 792-7936
5  Facsimile:  (626) 685-2859
   rchlaw@att.net
6  joseph@liu.com
7
8  Attorneys for Plaintiff/Counter Defendant Interworks Unlimited, Inc.

9  Harlan M. Lazarus (Admitted Pro Hac Vice)
10 Lazarus and Lazarus, P.C.
   240 Madison Avenue, 8th Floor
11 New York, NY 10016
12 Telephone: (212) 889-7400
   hlazarus@lazarusandlazarus.com
13
14 Attorneys for Defendant/Counterclaimant Digital Gadgets, LLC
15

16          **UNITED STATES DISTRICT COURT**
17          **CENTRAL DISTRICT OF CALIFORNIA**
18

19 Interworks Unlimited, Inc., a California )  **Case No. 2:17-cv-4983 AB TJH KSx**
   corporation,                            )
20                                         )
                                           )  **[proposed] ORDER**
21              Plaintiff,                 )
22         v.                              )
                                           )
23 Digital Gadgets, LLC., a New Jersey     )
24 limited liability company,              )
                                           )
25              Defendant.                 )
26 _____ )
                                           )
27 Digital Gadgets, LLC., a New Jersey     )
28 limited liability company,              )

                              - 1

|   |   |   |
|---|---|---|
| | Counterclaimant, | ) )  |
| | v. | ) ) |
| Interworks Unlimited, Inc., a California corporation, | | ) ) ) ) |
| | Counter-defendant | ) ) ) |

After consideration of the Stipulation to Continue the hearing date for Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(1), and good cause appearing, **IT IS HEREBY ORDERED** that the hearing date for Defendant Digital Gadget, LLC's Motion to Dismiss Pursuant to FRCP 12(b)(1) shall be continued from July 29, 2019 to August 5, 2019.  **IT IS FURTHER ORDERED** that Plaintiff Interworks Unlimited, Inc. shall have until July 15, 2019 to file its opposition and Defendant Digital Gadget, LLC. shall have until July 29, 2019 to file its reply

DATED: _____            _____
                                                                    HON. TERRY J. HATTER
                                                                    U. S. DISTRICT JUDGE

- 2