Roger C. Hsu - SBN 170589
rchlaw@att.net
Joseph M. Liu - SBN 220938
joseph@liu.net
LAW OFFICES OF ROGER C. HSU
175 South Lake Avenue, Suite 210
Pasadena, CA 91101
Telephone: (626) 792-7936
Facsimile: (626) 685-2859

Attorneys for Plaintiff Interworks Unlimited, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interworks Unlimited, Inc., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>  Defendant. | Case No. 2:17-cv-4983 TJH KSx<br><br>**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY** |
| Digital Gadgets, LLC., a New Jersey limited liability company,<br><br>  Counterclaimant,<br><br>  v.<br><br>Interworks Unlimited, Inc., a California corporation,<br><br>  Counter-defendant | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Interworks Unlimited, Inc. filed a Chapter 7 Voluntary

1
NOTICE OF BANKRUPTCY AND AUTOMATIC STAY

Petition on July 9, 2019, docketed as Case No. 2:19-bk-17990-VZ in the United States Bankruptcy Court for the Central District of California. Attached as Exhibit "1" is a copy of the notice for Case No. 2:19-bk-17990-VZ from the United States Bankruptcy Court regarding the automatic stay.

DATED: July 10, 2019                By:   /s/ Joseph M. Liu
                                           Joseph M. Liu, Esq.
                                           Attorneys for
                                           Plaintiff/Counter
                                           Defendant Interworks
                                           Unlimited, Inc.

EXHIBIT "1"

United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/09/2019 at 5:08 PM and filed on 07/09/2019.

**Interworks Unlimited Inc.**
2418 Peck Road
City of Industry, CA 90601
562-692-8400
Tax ID / EIN: 26-2583718

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Sandford L. Frey**<br>Leech Tishman Fuscaldo & Lampl, Inc.<br>200 South Los Robles Avenue<br>Suite 210<br>Pasadena, CA 91101<br>626-796-4000 | **Edward M Wolkowitz (TR)**<br>Levene Neale Bender Yoo & Brill LLP<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017<br>(310) 229-3367 |

The case was assigned case number 2:19-bk-17990-VZ to Judge Vincent P. Zurzolo.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 07/10/2019 09:56:40 |||||
| **PACER Login:** | ltfl0086:2590974:0 | **Client Code:** | 09997-002-00-DAM ||
| **Description:** | Notice of Filing | **Search** | 2:19-bk-17990-VZ ||

|  |  | Criteria: |  |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |