# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERWORKS UNLIMITED, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DIGITAL GADGETS, LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17−cv−04983−TJH−KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/10/2019

Document Number(s):   65

Title of Document(s):   Notice of Filing Bankruptcy and Automatic Stay

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – select – Other Filings – select – Notices – select – Notice of Filing Bankruptcy (Non−Appeal)

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 11, 2019          By:  /s/ *Sharon Hall−Brown  213−894−3651*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**