Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO
 & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Telecopier:  (310) 229-1244
E-mail: kr@lnbyb.com

Attorneys for Edward M. Wolkowitz, interim Chapter 7 Trustee
of the bankruptcy estate of Interworks Unlimited, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| INTERWORKS UNLIMITED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GADGETS, LLC, a New Jersey limited liability company,<br><br>Defendant,<br><br>And related counterclaim. | Case No. 2:17-cv-04983-TJH-KSx<br><br>**Notice of Automatic Stay; and**<br><br>**Notice of Extensions of Time for Chapter 7 Trustee to Act; and** |

**PLEASE TAKE NOTICE** that, on July 9, 2019 (the "Commencement Date"), Plaintiff Interworks Unlimited, Inc. (the "Debtor") filed a voluntary petition seeking bankruptcy protection under Chapter 7 of Title 11 of the United States Code (11 U.S.C. §§ 101-1536 ("Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court"). The bankruptcy case has been assigned Case No. 2:19-bk-17990-VZ (the "Bankruptcy

Case"). A copy of the Debtor's Chapter 7 petition is attached as **Exhibit A**.

**PLEASE BE ADVISED** that, as of the Commencement Date, any new or further action against the Debtor is stayed pursuant to Section 362 of the Bankruptcy Code (the "Automatic Stay"), which provides that the filing of the petition, among other things, "operates as a stay, applicable to all entities, of . . . the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title …" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtor without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void ab initio and may result in a finding of contempt against any party seeking any action against the Debtor.

**PLEASE TAKE FURTHER NOTICE** that "if applicable nonbankruptcy law, an order entered in [this action], or an agreement fixes a period within which the debtor . . . may file any pleading, demand, notice, or proof of claim or loss, cure a default, or perform any other similar act, and such period has not expired before the date of the filing of the petition, the trustee may only file, cure, or perform, as the case may be, before the later of—(1) the end of such period, including any suspension of such period occurring on or after the commencement of the case; or (2) 60 days after the order for relief." 11 U.S.C. § 108(b).

**PLEASE TAKE FURTHER NOTICE** that according to the docket for this action and in accordance with 11 U.S.C. § 108(b), Edward M. Wolkowitz, interim Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited, Inc., has until September 9, 2019 (60 days after the bankruptcy filing on July 9, 2019) to file an opposition to *Defendant's Motion to Dismiss Pursuant to FRCP 12(B)(1)*.

Dated: August 2, 2019   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By: ____*/s/ Kurt Ramlo*_____
KURT RAMLO
Attorneys for Edward M. Wolkowitz, interim Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited, Inc.

# EXHIBIT "A"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Interworks Unlimited Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2583718** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2418 Peck Road**<br>**City of Industry, CA 90601**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>**2418 Peck Road**<br>**City of Industry, CA 90601**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2418 Peck Road City of Industry, CA 90601**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Case 2:19-bk-17990   Doc 1   Filed 07/09/19   Entered 07/09/19 17:08:29   Desc Main
Document   Page 2 of 4

Debtor  **Interworks Unlimited Inc.** _____  Case number (*if known*) _____
  Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Case 2:19-bk-17990   Doc 1   Filed 07/09/19   Entered 07/09/19 17:08:29   Desc Main
Document   Page 3 of 4

Debtor  **Interworks Unlimited Inc.**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Interworks Unlimited Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 9, 2019**
              MM / DD / YYYY

X /s/ (signature)
Signature of authorized representative of debtor

**Eric Lu**
Printed name

Title   **President**

---

**18. Signature of attorney**    X /s/ Sandford L. Frey
                                 Signature of attorney for debtor

Date   **July 9, 2019**
       MM / DD / YYYY

**Sandford L. Frey 117058**
Printed name

**Leech Tishman Fuscaldo & Lampl, LLC**
Firm name

**200 S. Los Robles Avenue, Suite 210
Pasadena, CA 91101**
Number, Street, City, State & ZIP Code

Contact phone   **626-796-4000**       Email address   **sfrey@leechtishman.com**

**117058 CA**
Bar number and State