1    Kurt Ramlo (SBN 166856)
     LEVENE, NEALE, BENDER, YOO
2    & BRILL L.L.P.
     10250 Constellation Boulevard, Suite 1700
3    Los Angeles, California 90067
     Telephone:  (310) 229-1234
4    Telecopier:  (310) 229-1244
     E-mail: kr@lnbyb.com

5

6    Attorneys for Edward M. Wolkowitz, interim Chapter 7 Trustee
     of the bankruptcy estate of Interworks Unlimited, Inc.

7

8                **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

| | |
|---|---|
| INTERWORKS UNLIMITED, INC., a California corporation, | Case No. 2:17-cv-04983-TJH-KSx |
|           Plaintiff, | **Order on Stipulation to Continue Motion to Dismiss** |
|      v. | |
| DIGITAL GADGETS, LLC, a New Jersey limited liability company, | |
|           Defendant, | |
| And related counterclaim | |

       The Court has considered the *Stipulation to Continue Motion to Dismiss*. Good cause appearing,

       IT IS HEREBY ORDERED that:

           1.     the deadline to oppose the motion to dismiss is continued to September 3, 2019,

2.    the deadline to reply to the opposition is continued to October 3, 2019; and

3.    the Motion Day on the motion to dismiss is continued to October 7, 2019.

Dated:

_____
TERRY J. HATTER, JR.
Senior United States District Judge