UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 17-4983-TJH(KSx)** | Date | MARCH 23, 2020 |
|---|---|---|---|

| Title | INTERWORKS UNLIMITED, INC., v. DIGITAL GADGETS, LLC. |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, and due to the closing of the courthouse, the Evidentiary hearing currently scheduled for April 7, 2020, is hereby ordered continued to ***JULY 21, 2020 at 10:00 a.m.***

The Final Pretrial Conference set for May 4, 2020 is continued to ***AUGUST 17, 2020 at 10:00 a.m.*** Counsel for the parties are ordered to appear.

IT IS SO ORDERED.


cc: all parties