Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Telecopier: (310) 229-1244
E-mail: kr@lnbyg.com

Attorneys for Plaintiff, Edward M. Wolkowitz, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD M. WOLKOWITZ, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GADGETS, LLC, a New Jersey limited liability company,<br><br>Defendant,<br><br>And related counterclaim. | Case No. 2:17-cv-04983-TJH-KSx<br><br>**Order on Stipulation to Continue Pre-Trial Conference [XXX]** |

The Court has considered the *Stipulation to Continue Pre-Trial Conference* dated October 16, 2023 (ECF No. XXX).  Good cause appearing,

IT IS HEREBY ORDERED that the November 6, 2023 pre-trial conference is adjourned to December 18, 2023, at 10:00 a.m.

Dated:

By: _____
TERRY J. HATTER, JR.
Senior United States District Judge