1 | Kurt Ramlo (SBN 166856)
2 | LEVENE, NEALE, BENDER, YOO
  |  & GOLUBCHIK L.L.P.
3 | 2818 La Cienega Avenue
  | Los Angeles, California 90034
4 | Telephone: (310) 229-1234
  | Telecopier: (310) 229-1244
5 | E-mail: kr@lnbyg.com

6 | Attorneys for Plaintiff, Edward M. Wolkowitz,
7 | solely in his capacity as Chapter 7 Trustee of the
  | bankruptcy estate of Interworks Unlimited Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EDWARD M. WOLKOWITZ, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc, , <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL GADGETS, LLC, a New Jersey limited liability company, <br><br> Defendant, | Case No. 2:17-cv-04983-TJH-KSx <br><br> **Dismissal of Entire Action by Stipulation** <br><br> Final Pretrial Conference: <br> Date:  July 7, 2025 <br> Time: 10:00 a.m. |
| And related counterclaim. | |

Plaintiff Edward M. Wolkowitz (the "**Trustee**"), Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc. ("**Interworks**"), and Defendant Digital Gadgets, LLC ("**Defendant**"), dismiss this entire action as set forth below via this stipulation.

### Recitals

A.    The Trustee and Defendant are the only parties to this action.

B.    The parties have reached a settlement of this entire action and other disputes between the parties, as set forth in that certain *Settlement and Release*

*Agreemen*t dated September 15, 2024 (the "**Settlement Agreement**") that has been approved in the chapter 7 case of *In re Interworks Unlimited Inc.*, no. 2:19-bk-17990-VZ, Judge Vince P. Zurzolo presiding, by order entered on February 3, 2025 (Bankr. DE 209).

   C.  The final pre-trial conference in this action is currently set for July 7, 2025 (DE 160, entered November 13, 2024).

## Dismissal by Stipulation

   In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Trustee and Defendant dismiss by this stipulation the entirety of this action, including the complaint (DE 1, filed July 7, 2017) and the first amended counterclaim (DE 21, November 20, 2017), with prejudice, each side to bear their own fees and costs, subject to the terms of the Settlement Agreement.

Dated: March 13, 2025   LEVENE, NEALE, BENDER, YOO &
           GOLUBCHIK L.L.P.
          By:  */s/ Kurt Ramlo*
           KURT RAMLO
          Attorneys for Plaintiff, Edward M. Wolkowitz, Chapter 7 Trustee for the bankruptcy estate of Interworks Unlimited Inc.

Dated:  March 13, 2025   LAZARUS AND LAZARUS, P.C.

          By: */s/ Harlan M. Lazarus*
          HARLAN M. LAZARUS, admitted pro hac vice
          Attorneys for Defendant, Digital Gadgets, LLC

## Attestation of Signature

   I, Kurt Ramlo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 13, 2025    * /s/ Kurt Ramlo*