JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDWARD M. WOLKOWITZ, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc,<br>,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GADGETS, LLC, a New Jersey limited liability company,<br><br>Defendant,<br><br>And related counterclaim. | Case No. 2:17-cv-04983-TJH-KSx<br><br>**Order After Dismissal of Entire Action by Stipulation [161]** |

This entire action having been dismissed by the parties through their *Dismissal of Entire Action by Stipulation* (DE 161, filed March 13, 2025) in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that:

1. All pending motions and hearings, including the July 7, 2025 final pretrial conference, are taken off calendar and vacated.

2. This case is ordered closed.

Dated: March 19, 2025

TERRY J. HATTER, JR.
Senior United States District Judge